UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STRIKE 3 HOLDINGS, LLC, | |
|---|---|
| Plaintiff, | Case No. 3:22-cv-00526-WHO |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.204.173.125, | |
| Defendant. | |

The plaintiff has advised the Court that the parties have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: April 20, 2022

_____
WILLIAM H. ORRICK
United States District Judge